# United States Court of Appeals
## For the First Circuit

No. 24-1620

VICOR CORPORATION,

Plaintiff, Appellee,

v.

FII USA INC., a/k/a FOXCONN INDUSTRIAL INTERNET USA INC.; INGRASYS TECHNOLOGY INC.; INGRASYS TECHNOLOGY USA INC.,

Defendants, Appellants.

**JUDGMENT**

Entered: March 6, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting the preliminary injunction is vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Each party shall bear their own costs.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. Leo T. Sorokin, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Russell E. Levine, Philip Cooper, Mark C. Gillespie, Marcus E. Sernel, Tiffany Marie Knapp, Lawrence K. Kolodney, Elizabeth G.H. Ranks, Steven R. Katz